Case 1:06-cr-00122-LAP Document 126 Filed 01/22/07 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

    -against-                                  06 Cr 122-08 ( SCR )

Dwayne Davis

Stephen C. Robinson, U.S.D.J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On January 10, 2007, pursuant to Fed.R.Crim.P. 11, the Honorable Lisa Margaret Smith, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

_____
Stephen C. Robinson, U.S.D.J.

Dated: January 18, 2007
       White Plains, N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____